UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN BROSNAN,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEOQUI GANTCHEV, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01092-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's initiating documents, which are retained but not filed at this time. To commence a case in federal court Plaintiff must either pay the filing fee of $405 or file an application to proceed *in forma pauperis* by a non-prisoner.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must, no later than **July 15, 2024**, either pay the $405 filing fee or file an application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court will send to Plaintiff the *in forma pauperis* application for a non-prisoner together with the instructions for completing the same.

IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this Order will result in a recommendation that this matter be dismissed in its entirety without prejudice.

Dated this 13th day of June, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1