1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN BROSNAN,

        Plaintiff,

  v.

GUEOQUI GANTCHEV, et al.,

        Defendants.

Case No. 2:24-cv-01092-CDS-EJY

**ORDER**

      Plaintiff, appearing pro se, submitted a Motion for Return of Ford F350.  ECF No. 10. Defendant Gueorqui Gantchev was served on July 6, 2024.  ECF No. 9.  As of today's date Defendant Gantchev has not made an appearance and, therefore, Defendant Gantchev has not received a copy of Plaintiff's Motion.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** serve a copy of his Motion for Return of Ford F350 (ECF No. 10) on Defendant Gantchev by mailing the same no later than **August 16, 2024** to the address at which service was accomplished.  Plaintiff must file a notice of compliance with this Order no later than **August 19, 2024**.

      Dated this 13th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1