# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John Brosnan,

    Plaintiff

v.

Gueorqui Gantchev, et al.,

    Defendants

Case No. 2:24-cv-01092-CDS-EJY

**Order Dismissing Defendants**

The complaint in this action was filed on July 2, 2024, and the summons issued the same day. ECF Nos. 7, 8. On February 17, 2025, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Alvin Poll and Alstate Registration doing business as Allstate was filed by March 19, the court would enter an order of dismissal.[1] ECF No. 17. That deadline has now passed, and no proof of service has been filed. IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to Alvin Poll and Alstate Registration doing business as Allstate.

Dated: March 25, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] The notice also indicated that no proof of service was filed as to George's and George's LLC doing business as Mega Motor, however Brosnan provided proof that the summons and complaint were served on August 13, 2024. ECF No. 18.